**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Rosa Robinson*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): *Rosa Robinson*
C. Date of Delivery: 6/20/05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Lt. Lenita Hawthorne
Tutwiler Prison for Women
8966 U.S. Highway 231 North
Wetumpka, Alabama 36092

05CV523

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0001 3017 2587

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Rosa Robinson*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): *Rosa Robinson*
C. Date of Delivery: 6/20/05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Deputy Warden Frank Albright
Tutwiler Prison for Women
8966 U.S. Highway 231 North
Wetumpka, Alabama 36092

05CV523

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0001 3017 2570

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540