**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Warden Gladys Deese
Tutwiler Prison for Women
8966 U.S. Highway 231 North
Wetumpka, Alabama 36092

05CV523

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
Rosa Robinson      6/20/05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7005 1160 0001 3017 2563

PS Form 3811, August 2001      Domestic Return Receipt      102595-02-M-1540

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Commissioner Donal Campbell
Department of Corrections
P.O. Box 301501
Montgomery, AL 36130

05CV523

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____  ☒ Agent  ☐ Addressee

B. Received by ( Printed Name)      C. Date of Delivery
JUN 20 2005

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7005 1160 0001 3017 2594

PS Form 3811, August 2001      Domestic Return Receipt      102595-02-M-1540