IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FELICIA DIXON, AIS #131933, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION No. 2:05-cv-523-F ) |
| DONAL CAMPBELL, *et al.*, | ) ) ) |
| Defendants. | ) |

## ANSWER OF DEFENDANTS DONAL CAMPBELL, GLADYS DEESE, FRANK ALRBRIGHT, AND LENITA HAWTHORNE

Come now the defendants, through undersigned counsel, and in compliance with this Honorable Court's July 18, 2005, Order, hereby submit the following Answer:

1. The defendants deny that they have violated the plaintiff's constitutional rights.

2. The defendants assert that the Alabama Department of Corrections has a no smoking policy in place that is strictly enforced at Tutwiler Prison for Women.

3. The defendants deny all allegations not expressly admitted herein and demand strict proof of the same.

## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 15th day of August, 2005, served a copy of the foregoing upon the plaintiff by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Felicia Dixon
AIS# 131933
Tutwiler Prison for Women
8966 U.S. Highway 231 N.
Wetumpka, AL 36092

s/Andrew Hamilton Smith
Andrew Hamilton Smith (SMI 263)
Assistant Attorney General

**ADDRESS OF COUNSEL**
Office of the Attorney General
11 South Union Street
Montgomery, Alabama 36130
(334) 353-8811