IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION



| | |
|---|---|
| FELICIA DIXON, #131933 ) | |
| ) | |
| Plantiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-523-F |
| ) | |
| ) | |
| DONAL CAMPBELL, et al., ) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT

Before me, the undersigned Notary Public, did personally appear Lenita Hawthorne who being duly sworn deposes and makes the following statement:

My name is Lenita Hawthorne. I am an individual over the age of nineteen years, and am employed by the State of Alabama, Department of Corrections, at Julia Tutwiler Prison for Women, 8966 U.S. Highway 231 North, Wetumpka, Alabama. I am employed in the capacity of Correctional Officer Supervisor I. I am named a defendant in this case. I have read the complaint in the above referenced case; I make the following statement in defense thereof: All State of Alabama, Department of Corrections buildings are non-smoking areas. It is against the rules and regulations to smoke inside the dormitories. Violators of the no-smoking rules receive disciplinary action. I am also not aware of any staff member allowing inmates to violate the no-smoking policy.

_____ Lenita Hawthorne, COSI  Affiant

Sworn to and subscribed before me this _11_ day of _July_ 2005
_____ Notary Public
My comission expires _12-11-08_.