IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FELICIA DIXON, #131933, )  ) | |
| Plaintiffs, ) ) | |
| v. ) ) | CIVIL ACTION NO. 2:05-CV-523-F |
| DONAL CAMPBELL, et al., ) ) | |
| Defendants. ) | |

**O R D E R**

On October 31, 2005, the Clerk mailed to the plaintiff a receipt for partial payment of the filing fee. This correspondence was "return[ed] to sender" because the plaintiff was no longer at the address she had provided to the court. In the order of procedure entered in this case, the court instructed the plaintiff that she must immediately inform the court of any new address by filing a notice of change of address. *See Order of June 16, 2005 - Court Document No. 5* at 4. It is clear from the foregoing that the plaintiff has failed to comply with this requirement. This case cannot properly proceed in this court if the whereabouts of the plaintiff remain unknown. Accordingly, it is

ORDERED that on or before November 17, 2005, the plaintiff shall show cause why this case should not be dismissed for her failure to comply with the orders of this court and her failure to adequately prosecute this action.

The plaintiff is specifically cautioned that if she fails to respond to this order the Magistrate Judge will recommend that this case be dismissed.

Done this 9th day of November, 2005.

/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE