IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FELICIA DIXON, # 131933, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv523-F |
| | ) |
| DONAL CAMPBELL, *et al.,* | ) |
| | ) |
| Defendants. | ) |

# **ORDER**

On November 21, 2005, the Magistrate Judge filed a Recommendation (Doc. #14) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby ADOPTED and that this case be and is hereby DISMISSED without prejudice for failure of Dixon to prosecute this action and her failure to comply with the orders of this court.

Done this 15th day of December, 2005.

                                                          /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE